STANLEY SUSSMAN, ET UX. v. MORTON OSTROFF, ET AL.

June 27, 1989.

Petition for certification denied. (See 232 *N.J.Super.* 306)

GARY GEORGE v. BOARD OF REVIEW, ET AL.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD
WILLIAM CRANDALL, JR.

June 27, 1989.

Petition for certification granted. (See 231 *N.J.Super.* 124)

STATE OF NEW JERSEY v. RICHARD
WILLIAM CRANDALL, JR.

June 27, 1989.

Cross-petition for certification granted. (See 231 *N.J.Super.* 124)